```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12461
   GEORGE W SHANNON
   JUANITA SHANNON                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-9816      SSN XXX-XX-0687

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 07/12/2007 and was confirmed 08/29/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was dismissed after confirmation 01/30/2008.
---------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
---------------------------------------------------------------------------
 AMERICAS SERVICING COMPA CURRENT MORTG         .00               .00            .00
 AMERICAS SERVICING COMPA MORTGAGE ARRE         .00               .00            .00
 COOK COUNTY TREASURER    SECURED NOT I      313.59               .00            .00
 ADVOCATE TRINITY HOSPITA UNSECURED          1743.01              .00            .00
 CAPITAL ONE              UNSECURED          1699.63              .00            .00
 CITY OF CHICAGO EMS      UNSECURED        NOT FILED              .00            .00
 LVNV FUNDING LLC         UNSECURED           216.34              .00            .00
 EQUINOX                  UNSECURED        NOT FILED              .00            .00
 FREEDMAN ANSEIMO LINDBER UNSECURED        NOT FILED              .00            .00
 ROUNDUP FUNDING LLC      UNSECURED          4730.77              .00            .00
 KEVIN M KELLY            UNSECURED        NOT FILED              .00            .00
 NATIONAL ACTION FINANCIA UNSECURED        NOT FILED              .00            .00
 NORTHLAND GROUP          UNSECURED        NOT FILED              .00            .00
 PEOPLES GAS LIGHT & COKE UNSECURED           820.30              .00            .00
 ROBERT J ADAMS & ASSOC   UNSECURED          2031.13              .00            .00
 DENISE SHANNON           NOTICE ONLY     NOT FILED               .00            .00
 AMERICAS SERVICING COMPA NOTICE ONLY     NOT FILED               .00            .00
 MARY TATE                NOTICE ONLY     NOT FILED               .00            .00
 AMERICAS SERVICING COMPA CURRENT MORTG         .00               .00            .00
 AMERICAS SERVICING COMPA SECURED NOT I         .00               .00            .00
 FORREST L INGRAM         DEBTOR ATTY       1,750.00                          1,492.91
 TOM VAUGHN               TRUSTEE                                               107.59
 DEBTOR REFUND            REFUND                                                   .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
 TRUSTEE              1,600.50

 PRIORITY                                      .00
 SECURED                                       .00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 12461 GEORGE W SHANNON & JUANITA SHANNON
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,492.91
TRUSTEE COMPENSATION                                            107.59
DEBTOR REFUND                                                      .00
                                         ---------------   ---------------
TOTALS                                         1,600.50          1,600.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE